|   |   |
|---|---|
| UNITED STATES OF AMERICA, ET AL., ) | Case No.: C 11-0343 PSG |
| Plaintiffs, ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. ) |   |
| CHRISTINE M. PETROCELLI, ) |   |
| Defendant. ) |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Petitioners United States of America and Adelina Foster, Revenue Officer, have filed a verified petition to enforce an Internal Revenue Service Summons. This case has been assigned to a Magistrate Judge. Before the court takes any action on the petition, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 4, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated: January 26, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*